# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 4, 2023

Lyle W. Cayce
Clerk

No. 22-30555
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOHN E. BAGENT,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CR-19-1

Before HIGGINBOTHAM, DUNCAN, and WILSON, *Circuit Judges*.

PER CURIAM:*

John E. Bagent, federal prisoner # 31872-034, moves for leave to proceed in forma pauperis (IFP) in his appeal from the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. He is currently serving a 225-month sentence for conspiracy to distribute and to possess with intent to distribute 500 grams or more of cocaine hydrochloride and 280 grams or

---

* This opinion is not designated for publication. *See* 5TH CIRCUIT RULE 47.5.

more of cocaine base.  The district court determined that Bagent failed to show extraordinary and compelling circumstances warranting relief and that the 18 U.S.C. § 3553(a) factors did not weigh in favor of relief.  *See* § 3582(c)(1)(A)(i).

Bagent first contends that his preexisting conditions and vulnerability to COVID-19 are extraordinary and compelling circumstances that warrant compassionate release.  Second, he argues that his prior Louisiana conviction for aggravated assault with a firearm no longer qualifies as a predicate offense and that he would no longer be subject to the career offender enhancement under U.S.S.G. § 4B1.1.  Lastly, Bagent argues that the district court improperly balanced the § 3553(a) sentencing factors.  Bagent fails to identify a nonfrivolous argument for appeal.  *See United States v. Chambliss*, 948 F.3d 691, 693-94 (5th Cir. 2020).

Accordingly, his IFP motion is DENIED, and the appeal is DISMISSED as frivolous.  *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.